WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matthew S. Barr
Jill Frizzley
Kevin Bostel

*Proposed Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **ANGELICA CORPORATION,** *et al.,* | : | **Case No. 17-_____ (___)** |
| | : | |
| **Debtors.**[1] | : | **(Joint Administration Pending)** |
| | : | |

------------------------------------------------------------x

**SCHEDULES TO DECLARATION OF JOHN MAKUCH PURSUANT TO RULE 1007-2
OF LOCAL BANKRUPTCY RULES FOR SOUTHERN DISTRICT OF NEW YORK**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Angelica Corporation (5260); Clothesline Holdings, Inc. (1081); Angelica Textile Services, Inc.–NY (6508); Royal Institutional Services, Inc. (8906); and Angelica Textile Services, Inc.–CA (5010). The location of the Debtors' corporate headquarters is 1105 Lakewood Parkway, Suite 210, Alpharetta, Georgia 30009.

**Schedule 1**

**Committees**

Pursuant to Local Rule 1007-2(a)(3), to the best of the Debtors' knowledge and belief, no committee has been organized prior to the Commencement Date.

## Schedule 2

### Consolidated List of 20 Largest Unsecured Claims (Excluding Insiders)[1]

Pursuant to Local Rule 1007-2(a)(4), the following is a list of creditors holding, as of April 3, 2017, the twenty largest, unsecured claims against the Debtors, on a consolidated basis, excluding claims of insiders as defined in 11 U.S.C. § 101.

| No. | Creditor | Complete mailing address, telephone number, and name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim | Contingent, Liquidated, Disputed, or Partially Secured |
|---|---|---|---|---|---|
| 1 | MEDLINE INDUSTRIES INC | THREE LAKES DRIVE<br>NORTHFIELD, IL   60093<br><br>CHARLIE MILLS<br>CHIEF EXECUTIVE OFFICER<br><br>Phone: (847) 949-5500<br>Fax: (847) 837-2765<br>Fax: (847) 949-2497 | Trade Debt | $12,866,725 | |
| 2 | HARBOR LINEN | 2 FOSTER AVENUE<br>GIBBSBORO, NJ   08026<br><br>EARL WAXMAN<br>CHIEF EXECUTIVE OFFICER<br><br>Phone: (856) 435-2000<br>Fax: (856) 346-4598<br>Email: EWAXMAN@HARBORLINEN.COM | Trade Debt | $7,106,519 | |

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.   All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this Schedule.

| No. | Creditor | Complete mailing address, telephone number, and name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim | Contingent, Liquidated, Disputed, or Partially Secured |
|---|---|---|---|---|---|
| 3 | SODEXO LAUNDRY SERVICES, INC. | 9801 WASHINGTONIAN BLVD. GAITHERSBURG, MD   20878<br><br>MARC ROLLAND CHIEF FINANCIAL OFFICER<br><br>Phone: (301) 987-4000 Fax: (301)-987-4438 | Litigation Settlement | $1,825,000 | |
| 4 | ECOLAB TEXTILE CARE | 370 N. WABASHA STREET ST. PAUL, MN   55102-2233<br><br>DOUGLAS M. BAKER, JR. CHIEF EXECUTIVE OFFICER<br><br>Phone: (800) 352-5326 Fax: (651) 225-3098 Email: DOUGLAS.BAKER@ECOLAB.COM | Trade Debt | $1,224,503 | |
| 5 | MED I PANT INC | 9100 RAY LAWSON BOULEVARD MONTREAL, QC   H1J 1K8<br><br>MR. DAVID ARDITI CHIEF EXECUTIVE OFFICER<br><br>Phone: (514) 356-1224 Fax: (514) 356-0055 Email: DRARDITI@MIP.CA | Trade Debt | $1,110,897 | |

| No. | Creditor | Complete mailing address, telephone number, and name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim | Contingent, Liquidated, Disputed, or Partially Secured |
|---|---|---|---|---|---|
| 6 | STANDARD TEXTILE INC | ONE KNOLLCREST DRIVE<br>CINCINNATI, OH   45237<br><br>GARY HEIMAN<br>CHIEF EXECUTIVE OFFICER<br><br>Phone: (800) 999-0400<br>Fax: (513) 761-0467<br>Email: GHEIMAN@STANDARDTEXTILE.COM | Trade Debt | $655,485 | |
| 7 | STREAMLINE SOLUTIONS | 2515 SHADER ROAD<br>ORLANDO, FL   32804<br><br>DAVID ARKEILPANE<br>CO-OWNER<br><br>Phone: 866-244-7700<br>Fax: (866) 410-8675<br>Email: DARKEILPANE@STREAMLINESOLUTIONSUSA.COM | Trade Debt | $552,092 | |
| 8 | POSITEK RFID, LP | 1210 STANBRIDGE STREET<br>SUITE 710<br>NORRISTOWN, PA   19401<br><br>HERB MARKMAN<br>CHIEF EXECUTIVE OFFICER<br><br>Phone: (610) 275-2905<br>Fax: (610) 275-9703<br>Email: HMARKMAN@POSITEKRFID.COM | Trade Debt | $517,290 | |

| No. | Creditor | Complete mailing address, telephone number, and name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim | Contingent, Liquidated, Disputed, or Partially Secured |
|---|---|---|---|---|---|
| 9 | FASHION SEAL UNIFORMS | 10055 SEMINOLE BLVD. SEMINOLE, FL 33772<br><br>MICHAEL BENSTOCK CHIEF EXECUTIVE OFFICER<br><br>Phone: (888) 491-5818 Fax: (888) 674-5317 Email:MBENSTOCK@SUPERIORUNIFORMGROUP.COM | Trade Debt | $436,669 | |
| 10 | PENSKE TRUCK LEASING INC | 2675 MORGANTOWN ROAD READING, PA 19607<br><br>BRIAN HARD CHIEF EXECUTIVE OFFICER<br><br>Phone: (610) 775-6000 Fax: (610) 775-6432 | Trade Debt | $412,410 | |
| 11 | AMERICAN ASSOCIATED CO INC | 116 BETHEA ROAD SUITE 424 FAYETTEVILLE, GA 30214<br><br>LARRY MALLAM PRESIDENT<br><br>Phone: (770) 719-4330 Fax: (770) 719-7577 | Trade Debt | $395,625 | |

| No. | Creditor | Complete mailing address, telephone number, and name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim | Contingent, Liquidated, Disputed, or Partially Secured |
|---|---|---|---|---|---|
| 12 | ENCOMPASS GROUP LLC | 615 MACON STREET<br>MCDONOUGH, GA   30253<br><br>ALAN DAVIS<br>CHIEF FINANCIAL OFFICER<br><br>Phone: (800) 284-4540<br>Fax: (770) 957-1888<br>Email: ALAN.DAVIS@ENCOMPASSGROUP.NET | Trade Debt | $336,187 | |
| 13 | PHOENIX TEXTILE CORPORATION | 21 COMMERCE DR<br>O'FALLON, MO   63366<br><br>LINDA HABERSTROH<br>PRESIDENT<br><br>Phone: (314) 291-2151<br>Fax: (314) 344-5786 | Trade Debt | $246,582 | |
| 14 | TINGUE BROWN AND COMPANY | 309 DIVIDEND DR.<br>PEACHTREE CITY, GA   30269<br><br>DAVID TINGUE<br>CHIEF EXECUTIVE OFFICER<br><br>Phone: (800) 829-3864<br>Fax: (770) 486-0975<br>Email: DTINGUE@TINGUE.COM | Trade Debt | $192,606 | |

| No. | Creditor | Complete mailing address, telephone number, and name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim | Contingent, Liquidated, Disputed, or Partially Secured |
|---|---|---|---|---|---|
| 15 | THE COMPLETE LOGISTICS CO | 1670 S ETIWANDA AVE<br>ONTARIO, CA   91761<br><br>RICK WHEELER<br>PRESIDENT<br><br>Phone: (909) 544-5040<br>Fax: (800) 397-6909<br>Email: RWHEELER@LOGISTICSINC.COM | Trade Debt | $190,895 | |
| 16 | GOLDEN STAR INC | 6445 METCALF AVENUE<br>OVERLAND PARK, KS   66202<br><br>GARY GRADINGER<br>PRESIDENT & CEO<br><br>Phone: (816) 842-0233<br>Fax: (816) 842-1129<br>Email: GOLDENSTAR@GOLDENSTAR.COM | Trade Debt | $189,330 | |
| 17 | RYDER TRANSPORTATION SERV | 11690 NW 105TH STREET<br>MIAMI, FL   33178<br><br>ART A. GARCIA<br>CHIEF FINANCIAL OFFICER<br><br>Phone: (305) 500-3726<br>Fax: (305) 500-4579<br>Email: CUSTOMER_SERVICE-US@RYDER.COM | Trade Debt | $186,729 | |

| No. | Creditor | Complete mailing address, telephone number, and name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim | Contingent, Liquidated, Disputed, or Partially Secured |
|---|---|---|---|---|---|
| 18 | CENTIMARK CORPORATION | 12 GRANDVIEW CIRCLE<br>CANONSBURG, PA   15317<br><br>EDWARD B. DUNLAP<br>CHIEF EXECUTIVE OFFICER<br><br>Phone: (724) 514-8700<br>Fax: (724) 743-7790<br>Email: TECHNOLOGY@CENTIMARK.COM | Trade Debt | $182,109 | |
| 19 | PENSION BENEFIT GUARANTY CORPORATION | 1200 K STREET, NW, SUITE 340<br>WASHINGTON, DC   20005-4026<br><br>COUNSEL OFFICE OF THE CHIEF COUNSEL<br><br>Phone: (202) 326-4020<br>Fax: (202) 326-4112 | Pension Liability | Undetermined | Contingent & Unliquidated |
| 20 | NATIONAL RETIREMENT FUND | 6 BLACKSTONE VALLEY PLACE<br>SUITE 302<br>LINCOLN, RI   02865-1112<br><br>RICHARD N. RUST<br>FUND MANAGER<br><br>Phone: (401) 334-4155<br>Fax: (401) 334-5133 | Partial Pension Withdrawal | Undetermined | Contingent, Unliquidated & Disputed |

## Schedule 3

### Consolidated List of Holders of Four Largest Secured Claims

Pursuant to Local Rule 1007-2(a)(5), to the best of the Debtors' knowledge, belief, and understanding, the following chart lists the creditors holding, as of the Commencement Date, the four largest secured, non-contingent claims against the Debtors, on a consolidated basis, excluding claims of insiders as defined in 11 U.S.C. § 101.

| No. | Creditor | Contact, Mailing Address, Telephone Number/Fax Number, Email | Amount of Claim | Collateral Description and Value |
|---|---|---|---|---|
| 1. | KKR Asset Management LLC | Attn: General Counsel<br>555 California Street<br>50th Floor<br>San Francisco, CA 94104<br>Fax: 415-391-3077<br>Phone: 415-315-3620<br>Email: kamlegal@kkr.com | $61,646,237 | Description: All personal property and interest in personal property of the Debtor, including Accounts, Inventory, Equipment, Fixtures, Cash, Documents, Real Estate, General Intangibles, Deposit Accounts, Investment Property and Letter of Credit Rights.<br><br>Collateral Value: Uncertain |
| 2. | Wells Fargo Capital Finance, LLC | Attn: Matt Mouledous, V.P.<br>1100 Abernathy Road<br>Suite 1600<br>Atlanta, GA 30328<br>Fax: 866-358-0842<br>Phone: 770-508-1332<br>Email:<br>matt.mouledous@wellsfargo.com | $32,199,201 | Description: All personal property and interest in personal property of the Debtor, including Accounts, Inventory, Equipment, Fixtures, Cash, Documents, Real Estate, General Intangibles, Deposit Accounts, Investment Property and Letter of Credit Rights.<br><br>Collateral Value: Uncertain |
| 3. | GACP Finance Co., LLC | Attn: Manju Manwani<br>1100 Santa Monica Blvd.<br>Suite 800<br>Los Angeles, CA 90025<br>Fax: 310-966-1448<br>Phone: 310-689-5222<br>Email:<br>mmanwani@gacapitalpartners.com | $24,517,058 | Description: All personal property and interest in personal property of the Debtor, including Accounts, Inventory, Equipment, Fixtures, Cash, Documents, Real Estate, General Intangibles, Deposit Accounts, Investment Property and Letter of Credit Rights.<br><br>Collateral Value: Uncertain |
| 4. | Regions Bank | Attn: Curtis J. Correa, Senior VP<br>11140 State Bridge Road<br>Alpharetta, GA 30022<br>Fax: 770-360-8877<br>Phone: 770-360-8870<br>Email: Curtis.correa@regions.com | $21,466,134 | Description: All personal property and interest in personal property of the Debtor, including Accounts, Inventory, Equipment, Fixtures, Cash, Documents, Real Estate, General Intangibles, Deposit Accounts, Investment Property and Letter of Credit Rights.<br><br>Collateral Value: Uncertain |

**Schedule 4**

**Angelica - Condensed Consolidated Balance Sheet (Unaudited)**
**As of January 28, 2017**

**(in 000s)**
**ASSETS**

| CURRENT ASSETS | | |
|---|---|---|
| Cash | $ | 951 |
| Accounts Receivables | | 38,774 |
| Linens Inventory, net | | 35,661 |
| Prepaid expenses and other current assets | | 7,348 |
| Total Current Assets | | 82,734 |
| Property and Equipment | | 180,600 |
| Less: Reserve for Depreciation | | (99,274) |
| Total Property and Equipment | | 81,326 |
| Intangible Assets, net | | 37,308 |
| Other assets | | 2,702 |
| TOTAL ASSETS | $ | 204,069 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| CURRENT LIABILITIES | | |
| Accounts Payable | $ | 35,668 |
| Accrued Wages and Other Compensation | | 11,003 |
| Income Tax Payable | | 291 |
| Current Maturities of Capital Lease Obligation | | 758 |
| Other Accrued Liabilities | | 14,607 |
| Total Current Liabilities | | 62,328 |
| 2nd Lien Debt | | 83,362 |
| Long-Term Debt, Revolver | | 20,475 |
| Capital Lease Obligation, less current maturities | | 17,003 |
| Deferred Compensation & Pension | | 11,414 |
| Deferred Income Taxes | | (235) |
| Other Long-Term Obligations | | 23,269 |
| Total Liabilities | | 217,617 |
| SHAREHOLDERS' EQUITY | | |
| Stock | | 15,001 |
| Capital Surplus | | 141,600 |
| Retained earnings | | (164,442) |
| Accumulated other comprehensive gain/(loss) | | (5,708) |
| Total Shareholders' Equity | | (13,547) |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | $ | 204,069 |

**General Note:**  The Consolidated Balance Sheet is unaudited, subject to change and includes certain items that remain under review by the Company and may be accounted for differently in future reports.

## <u>Schedule 5</u>

**Publicly Held Securities**

Pursuant to Local Rule 1007-2(a)(7), the Debtors do not have any publicly traded stock, debentures, or securities.

## Schedule 6

**Debtors' Property Not in the Debtors' Possession**

Local Rule 1007-2(a)(8) requires the Debtors to list property that is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, secured creditor, or agent for any such entity.

In the ordinary course of business, on any given day, property of the Debtors (including security deposits or other collateral with counterparties to certain commercial relationships) is likely to be in the possession of various third parties, including, customers, vendors, shippers, distributors, service providers, or agents, where the Debtors' ownership interest is not affected. Because of the constant movement of this property, providing a comprehensive list of the persons or entities in possession of the property, their addresses and telephone numbers, and the location of any court proceeding affecting the property would be impractical.

## Schedule 7

Pursuant to Local Rule 1007-2(a)(9), the following lists the property or premises owned, leased, or held under other arrangement from which the Debtors operate their businesses.

### Leased Property[1]

| Debtor | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| Angelica Textile Services, Inc. (California) and (New York) | 4410 West Mohave Street | Phoenix | AZ | 85043 | United States |
| Angelica Textile Services, Inc. (California) | 1670 Industrial Blvd. | Chula Vista | CA | 91911 | United States |
| Angelica Textile Services, Inc. (California) | 925 S. 8th Street | Colton | CA | 52324 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 422 S. Fruit Avenue | Fresno | CA | 93706 | United States |
| Angelica Textile Services, Inc. (California) | 8190 Murray Avenue | Gilroy | CA | 95020 | United States |
| Angelica Textile Services, Inc. (California) | 333 S. Teilman Avenue | Fresno | CA | 93706 | United States |
| Angelica Textile Services, Inc. (California) | 451 San Fernando Road | Los Angeles | CA | 90031 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 1575 North Case Street | Orange | CA | 92867 | United States |
| Angelica Textile Services, Inc. (California) | 701 Willow Pass Rd. | Pittsburg | CA | 94565 | United States |
| Angelica Textile Services, Inc. (California) | 300 E. Commercial Drive | Pomona | CA | 91766 | United States |
| Angelica Textile Services, Inc. (California) | 8360 Belvedere Avenue | Sacramento | CA | 95826 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 3939 Market Street | San Diego | CA | 92102 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 1250 State Avenue | Holly Hill | FL | 32117 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 605 Packard Court | Safety Harbor | FL | 34695 | United States |
| Angelica Textile Services, Inc. (New York) | 122 Hamilton Park Drive, Suite 4 | Tallahassee | FL | 32316 | United States |
| Angelica Textile Services, Inc. (New York) | 1105 Lakewood Parkway, Suite 210 | Alpharetta | GA | 30009 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 1061 Marquette Road | Rockmart | GA | 30153 | United States |

---

[1] The classification of the contractual agreements listed herein as real property leases or property held by other arrangements is not binding upon the Debtors.

| Debtor | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| Angelica Textile Services, Inc. (New York) | 30 Inner Belt Road | Somerville | MA | 2143 | United States |
| Royal Institute Services, Inc. | 104 Lamartine Street | Worcester | MA | 1608 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 4 Anson Street | Durham | NC | 27703 | United States |
| Angelica Textile Services, Inc. (California) | 1080 Mary Crest Road | Henderson | NV | 89014 | United States |
| Angelica Textile Services, Inc. (New York) | 2511 N. Moore | Moore | OK | 73160 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 140 Cort Road | Columbia | SC | 29203 | United States |
| Angelica Textile Services, Inc. (New York) | 245 S. Camilla St. | Memphis | TN | 38104 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 9506 Ooltewah Industrial Drive | Ooltewah | TN | 37363 | United States |
| Angelica Textile Services, Inc. (New York) | 1307 Smith Road | Austin | TX | 78721 | United States |
| Angelica Textile Services, Inc. (California) and (New York) | 620 Yorktown Street | Dallas | TX | 75208 | United States |
| Angelica Textile Services, Inc. (New York) | 12050 Crownpoint, Suite 135 | San Antonio | TX | 78233 | United States |

## Owned Property[2]

| Debtor | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| Angelica Textile Services, Inc. (New York) | 125 Bath Street | Ballston Spa | NY | 12020 | United States |
| Angelica Textile Services, Inc. (New York) | 1-3 Apollo Drive | Batavia | NY | 14020 | United States |
| Angelica Textile Services, Inc. (New York) | 920 S. Campbell Avenue | Chicago | IL | 60612 | United States |
| Angelica Textile Services, Inc. (New York) | 1441 Lathrop Street | Houston | TX | 77020 | United States |
| Angelica Textile Services, Inc. (California) | 1110 Burkburnett | Wichita Falls | TX | 76306 | United States |
| Angelica Textile Services, Inc. (New York) | 1820 Iowa Avenue | Lorain | OH | 44052 | United States |
| Angelica Textile Services, Inc. (New York) | 1058 Adams Avenue | Montgomery | AL | 36104 | United States |
| Angelica Textile Services, Inc. (New York) | 482 Pawtucket Avenue | Pawtucket | RI | 02860 | United States |

---

[2] The classification of the contractual agreements listed herein as real property leases or property held by other arrangements is not binding upon the Debtors.

WEIL:\96012920\3\15465.0003

## <u>Schedule 8</u>

### Location of Debtors' Assets, Books, and Records

Pursuant to Local Rule 1007-2(a)(10), the following lists the locations of the Debtors' substantial assets, the location of their books and records, and the nature, location, and value of any assets held by the Debtors outside the territorial limits of the United States.

### Location of Debtors' Substantial Assets

As of January 28, 2017, the Debtors had assets of approximately $204 million, as provided in Schedule 4, with substantial assets across sixteen states, including (in descending order of number of locations) California (9), Texas (5), Florida (3), Georgia (2), Massachusetts (2), New York (2), Tennessee (2), Alabama (1), Arizona (1), Illinois (1), Ohio (1), Oklahoma (1), Nevada (1), North Carolina (1), Rhode Island (1) and South Carolina (1).

### Books and Records

The Debtors' books and records are located at 1105 Lakewood Parkway, Suite 210, Alpharetta, GA 30009.

### Debtors' Assets Outside the United States

The Debtors do not have significant assets located outside of the territorial limits of the United States.

## <u>Schedule 9</u>

**Litigation**

Pursuant to Local Rule 1007-2(a)(11), to the best of the Debtors' knowledge, belief, and understanding, there are no actions or proceedings pending or threatened against the Debtors or their property, as of the Commencement Date, where a judgment against the Debtors or a seizure of their property may be imminent.

## Schedule 10

### Senior Management

Pursuant to Local Rule 1007-2(a)(12), the following provides the names of the individuals who comprise the Debtors' existing senior management, a description of their tenure with the Debtors, and a brief summary of their relevant responsibilities and experience.

| Name & Position | Responsibilities & Experience |
| --- | --- |
| David A. Van Vliet<br><br>*President & Chief Executive Officer* | David A. Van Vliet rejoined Angelica in July 2012 as President and CEO. Mr. Van Vliet manages the executive team and is responsible for the overall direction, coordination and evaluation of the team.   Mr. Van Vliet spent the first 12 years of his career at Procter & Gamble with assignments in several divisions and in multiple functions.   He also held senior positions at Nabisco and Jacobs Suchard.   He has prior experience at Angelica in 2005-2006, when he served as president and COO, before joining the pharmaceutical company for which he had served as a board member.   Mr. Van Vliet is a graduate of Dartmouth College. |
| John Makuch<br><br>*Interim Chief Financial Officer* | John Makuch joined Angelica as interim CFO in April 2016.   At Angelica, Mr. Makuch is primarily responsible for planning, developing, organizing, implementing, directing and evaluating the organization's financial function and performance.   Mr. Makuch has 22 years of experience assisting public and private firms across a range of industries executing financial and operational improvement initiatives.   As a consultant, has acted in the roles of CEO, COO, CFO, CRO, Controller and Treasurer.   Mr. Makuch graduated from Villanova University with a Bachelor's Degree in accounting with honors. |
| Richard Fiorillo<br><br>*Chief Administrative Officer* | Richard Fiorillo joined Angelica in 2001 as the Division CFO for the Textile Rental business.   Mr. Fiorillo had previously worked for National Service Industries, a diversified conglomerate that owned National Linen Service.   In his current role, Mr. Fiorillo's primary responsibilities include information technology, revenue quality, risk management and customer care.   Mr. Fiorillo graduated from the University of Georgia in 1980 and is a Certified Public Accountant. |
| John Partridge<br><br>*Vice President of Business Development & Treasurer* | John Partridge joined Angelica in 2002 as the Director of Financial Analysis.   His primary responsibilities include treasury and accounting, mergers and acquisitions, and oversight of all real estate activities.   Mr. Partridge had previously worked for National Service Industries, a diversified conglomerate that owned National Linen Service.   He graduated from the University of Florida with a Bachelor's Degree in accounting with high honors and has a Master's Degree in accounting from Florida International University. |

| Name & Position | Responsibilities & Experience |
| --- | --- |
| Jonathan Blake<br><br>*General Counsel and Secretary* | Jonathan Blake joined Angelica in May 2015, overseeing the Company's legal function as General Counsel and Secretary.   Prior to joining Angelica, he served as Vice President and Deputy General Counsel for YP, a Cerberus Capital Management portfolio company and one of the largest digital-media companies in the United States.   Mr. Blake has also held positions at Asahi Glass Company, AT&T, and Sebaly Shillito & Dyer Law Firm.   Mr. Blake received his undergraduate degree from The Ohio State University and his law degree from Capital University Law School. |

WEIL:\95952148\3\15465.0003

**Schedule 11**

**Payroll**

Pursuant to Local Rule 1007-2(b)(1)-(2)(A) and (C), the following provides the estimated amount of weekly payroll to the Debtors' employees (not including officers, directors, and stockholders) and the estimated amount to be paid to officers, stockholders, directors, and financial and business consultants retained by the Debtors for the 30-day period following the filing of the chapter 11 petitions.

| | |
|---|---|
| **Payments to Employees (Not Including Officers, Directors, and Stockholders)** | $2,561,000 |
| **Payments to Officers, Stockholders, and Directors** | $135,000 |
| **Payments to Financial and Business Consultants** | $50,000 |

## Schedule 12

**Cash Receipts and Disbursements,
Net Cash Gain or Loss, Unpaid Obligations and Receivables**

Pursuant to Local Rule 1007-2(b)(3), the following provides, for the 30-day period following the filing of the chapter 11 petition, the estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

| | |
|---|---|
| **Cash Receipts** | $26,635,000 |
| **Cash Disbursements** | ($29,681,000) |
| **Net Cash Flow** | ($3,046,000) |
| **Unpaid Obligations** | $1,290,000 |
| **Uncollected Receivables** | $26,822,000 |