WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matthew S. Barr
Jill Frizzley
Kevin Bostel

*Proposed Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                          :        **Chapter 11**
                                                :
**ANGELICA CORPORATION,** *et al.*,             :        **Case No. 17-10870 (JLG)**
                                                :
        **Debtors.**[1]                         :        **(Joint Administration Pending)**
                                                :
------------------------------------------------------------x

## NOTICE OF HEARING ON APRIL 28, 2017

**PLEASE TAKE NOTICE** that a hearing to consider entry of final orders approving the Motions and Application set forth on **Exhibit A** hereto of Angelica Corporation and its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), will take place on **April 28, 2017 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**"). The Hearing will be held before the Honorable James L. Garrity Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 601, New York, NY 10004 (the "**Bankruptcy Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Clothesline Holdings, Inc. (1081); Angelica Corporation (5260); Angelica Textile Services, Inc.–NY (6508); Royal Institutional Services, Inc. (8906); and Angelica Textile Services, Inc.–CA (5010). The location of the Debtors' corporate headquarters is 1105 Lakewood Parkway, Suite 210, Alpharetta, Georgia 30009.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motions or Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interests, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 on (i) Matthew S. Barr, Esq. and Jill Frizzley, Esq., Weil, Gotshal & Manges LLP, New York, 767 Fifth Avenue, New York, New York 10153, fax (212-310-8007), matt.barr@weil.com and jill.frizzley@weil.com (counsel to the Debtors), (ii) David B. Kurzweil, Esq. and John Dyer, Esq., Greenberg Traurig, LLP, Terminus 200, 3333 Piedmont Road, N.E., Suite 2500, Atlanta, Georgia 30305, fax (678-553-2681 and 679-553-2236), kurzweild@gtlaw.com and dyerj@gtlaw.com (counsel to the Postpetition Agent & Prepetition Senior Agent); (iii) Brian S. Hermann, Esq. and Lauren Shemejda, Esq., Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, fax (212-373-3545 and 212-492-0559), bhermann@paulweiss.com and lshumejda@paulweiss.com and Renee P. Lewis, Esq., Holland and Knight, LLP, 131 South Dearborn Street, 30th Floor, Chicago, IL 60603 fax (312-578-6666), renee.lewis@hklaw.com (counsel to Prepetition Junior Agent), (iv) Richard Morrissey, Esq, 201 Varick Street, Suite 1006, New York, New York, 10014, richased.morrissey@usdoj.com (the office of the United States Trustee); (v) particular notice parties to such Motions and (vi) any other party entitled to notice pursuant to Bankruptcy Rule

2002, so as to be so filed and received no later than **April 21, 2017 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

      **PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motions and Application, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court orders substantially in the form of the proposed orders annexed to the Motions and Application, which orders may be entered without further notice or opportunity to be heard.

Dated: April 5, 2017
      New York, New York

                                  /s/ Matthew S. Barr
                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007
                                  Matthew S. Barr
                                  Jill Frizzley
                                  Kevin Bostel

                                  *Proposed Counsel for Debtors*
                                  *and Debtors in Possession*

## Exhibit A

## Motions and Applications to be Heard at Hearing

- Final Relief re: Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for Interim and Final Authority to (I) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (II) Pay and Honor Employee Medical and Other Benefits, and (III) Continue Employee Benefits Programs, and for Related Relief **[ECF No. 4]**

- Final Relief re: Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363 for Interim and Final Authority to (I) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (II) Implement Ordinary Course Changes to Cash Management System, and Related Relief **[ECF No. 5]**

- Final Relief re: Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 for Interim and Final Authority to Pay Certain Prepetition Taxes and Fees **[ECF No. 6]**

- Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 Requesting Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service **[ECF No. 8]**

- Final Relief re: Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b)(9) for Interim and Final Authority to Pay Certain Prepetition Obligations to Critical Vendors, Approval of Related Procedures, and Related Relief **[ECF No. 9]**

- Final Relief re: Motion of Debtors Pursuant to 11 U.S.C. §§ 105 and 363 for Interim and Final Authority to Pay Prepetition Claims of Shippers and for Related Relief **[ECF No. 10]**

- Final Relief re: Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) for Interim and Final Authority to (I) Maintain their Insurance Policies and (II) Honor All Insurance Obligations **[ECF No. 11]**

- Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) for Authority to (I) Maintain and Administer Group Purchasing Organization Agreements, Programs, and Practices, and (II) Pay and Honor Related Prepetition Obligations **[ECF No. 13]**

- Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 363, 365, 503, and 507 and Fed. R. Bankr. P. 2002, 6004, and 6006 for Approval of: (I) (A) Bidding Procedures, (B) Stalking Horse Asset Purchase Agreement and Bid Protections, (C) Form and Manner of Notice of Auction, Sale Transaction, and Sale Hearing, and (D) Assumption and Assignment Procedures; and (II) (A) Purchase Agreement, (B) Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases **[ECF No. 17]**

- Final Relief re: Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001, and Local Rules 4001-1 and 4001-2 for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Related Relief **[ECF No. 21]**

- Motion of Debtors Pursuant to 11 U.S.C. § 365, Fed. R. Bankr. P. 6006, and Local Rule 6006-1 for Authority to Assume Textile Supply Agreement with Medline Industries, Inc. **[ECF No. 23]**

- Application of Debtors Pursuant to 11 U.S.C. § 327(a), Fed R. Bankr. P. 2014 and 2016 and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtors Nunc Pro Tunc to Commencement Date **[ECF No. 24]**