UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

**ANGELICA CORPORATION, et al.,**

Debtor.

Chapter 11

Case No. 17-10870 (JLG)

-----------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Avaya Inc., et. al., debtors-in-possession:

1. National Retirement Fund
   6 Blackstone Valley Place
   Lincoln, RI 02865
   Attn: Richard Rust
   401-334-4155
   401-334-5133 Fax
   rrust@alicare.com

2. Workers United, SEIU
   22 South 22nd Street
   Philadelphia, PA 19102
   Lynne Fox, President
   646-448-6414
   215-575-9075 Fax
   lfox@jbworkersunited.org

3. Harbor Linen
   2 Foster Avenue
   Gibbsboro, NJ 08026
   Christopher Nelson, President
   800-257-7858 ext. 4214
   856-435-2000
   856-346-4598 FAX
   cnelson@linenholdings.com
   info@harborlinen.com

4. Sodexo Laundry Services, Inc.
   9801 Washingtonian Blvd.
   Gaithersburg, MD 20878
   Attn: Adrienne V. Sturges, Esq.
   202-262-4363
   610-366-5465 Fax
   adrienne.sturges@sodexo.com

5. Med I Pant, Inc.
   c/o Mark Laprise, CFO
   9100 Ray Lawson Boulevard
   Montreal, QC, H1J 1KB
   514-356-2012 ext. 274
   514-356-0055 FAX
   mlaprise_@mip.ca

6. American Associated Co., Inc.
   116 Bethea Rd, Ste 424
   Fayetteville, GA 30214
   Lawrence K. Mallam
   Chairman of the Board
   770-719-4330
   770-719-7577 Fax
   larrymallam55@hotmail.com
   brendatymecki@americanassociated.com

7. Ryder Transportation Services
   11690 NW 105th Street
   Miami, FL 33178
   Mike Mandell
   Corporate Stop Loss Manager
   305-500-4417
   305-500-3336 FAX
   mike_mandell@ryder.com

Dated: New York, New York
       April 12, 2017

                                  WILLIAM R. HARRINGTON
                                  UNITED STATES TRUSTEE
                                  Region 2

By: _____
     Richard C. Morrissey
     Trial Attorney
     U.S. Federal Office Building
     201 Varick Street, Room 1006
     New York, New York 10014
     Telephone: (212) 510-0500