**COLE SCHOTZ P.C.**
Michael D. Sirota
Daniel F.X. Geoghan
Ryan T. Jareck
1325 Avenue of the Americas,
19th Floor
New York, New York 10019
(212) 752-8000
(212) 752-8393 Fax

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors of Angelica Corporation, et al.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ANGELICA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10870-JLG<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**BY MICHAEL D. SIROTA, ESQ. ON BEHALF OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of Angelica Corporation, *et al.* (the "Committee"), hereby appears in the above-captioned cases through its proposed counsel Cole Schotz P.C. pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and requests that

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows; Angelica Corporation (5260); Clothesline Holdings, Inc. (1081); Angelica Textile Services, Inc.-NY (6508); Royal Institutional Services, Inc. (8906); and Angelica Textile Services, Inc.-CA (5010). The location of the Debtors' corporate headquarters is 1105 Lakewood Parkway, Suite 210, Alpharetta, Georgia 30009.

all notices given or required to be given and all papers served in this case be delivered to and served upon the counsel identified below at the following address:

> **COLE SCHOTZ P.C.**
> Michael D. Sirota
> 1325 Avenue of the Americas, 19th Floor
> New York, NY 10019
> Telephone: (212) 752-8000
> Facsimile: (212) 752-8393
> msirota@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, suggestions, complaint with demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way the rights and interests of the creditors with respect to the Debtors or property or proceeds thereof in which the Debtors or Committee may claim an interest, including any adversary proceedings filed in this matter.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive the Committee's: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled under agreements, in law, or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: April 13, 2017

        COLE SCHOTZ P.C.

By:   */s/ Michael D. Sirota*
      Michael D. Sirota
      1325 Avenue of the Americas, 19th Floor
      New York, NY 10019
      Telephone: (212) 752-8000
      Facsimile: (212) 752-8393
      msirota@coleschotz.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of Angelica Corporation, et al.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of April, 2017, a copy of the foregoing Notice of Appearance and Request for Service of Papers was sent electronically to all parties who have requested electronic filings via the Bankruptcy Court's CM/ECF system, including the following parties:

> Matthew Scott Barr, Esq.
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> *Counsel to Debtors*
>
> Richard C. Morrissey, Esq.
> Office of the United States Trustee
> U.S. Federal Office Building
> 201 Varick Street, Room 1006
> New York, NY 10014

Dated: April 13, 2017                               */s/ Michael D. Sirota*
                                                              Michael D. Sirota